IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRICE BENNETT,
    Plaintiff

v.

MATT FINK, et al.,
    Defendants

No. 1:17-cv-00366

(Judge Kane)

# ORDER

**AND NOW**, on this 15th day of March 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant Patricia Bennett's motion to dismiss Plaintiff's amended complaint (Doc. No. 15), is **GRANTED** and the Clerk is directed to **TERMINATE** Patricia Bennett from the above-captioned action;

2. Plaintiff's motion to change the caption of this action and to change his address (Doc. No. 36), is deemed **WITHDRAWN** in part for failure to file a brief in support of his motion to change the caption of this action as required by L.R. 7.5, and **DENIED** in part as moot, as Plaintiff's address has already been updated to reflect his present place of incarceration; and

3. Plaintiff's motion for appointment of counsel (Doc. No. 40), is **DENIED** without prejudice.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania