# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRICE BENNETT, | : | |
|     Plaintiff | : | |
| | : | No. 1:17-cv-00366 |
| v. | : | |
| | : | (Judge Kane) |
| MATT FINK, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 28th day of January 2019, in accordance with the Memorandum filed contemporaneously with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion to stay summary judgment (Doc. No. 53), is **DENIED**;

2. Defendants' motion for summary judgment (Doc. No. 58), is **GRANTED** and the Clerk of Court is directed to enter **JUDGMENT** in favor of Defendants;

3. Plaintiff's motion for summary judgment (Doc. No. 59), is **DENIED**; and

4. The Clerk of Court is further directed to **CLOSE** this matter.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania